**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 95-7297**

───────────────

MONROE ROOSEVELT PARKER, JR., Rev.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  John A. MacKenzie, Senior District
Judge.  (CA-94-968)

───────────────

Submitted:  February 27, 1996        Decided:  March 11, 1996

───────────────

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Monroe Roosevelt Parker, Jr., Appellant Pro Se.  Linwood Theodore
Wells, Jr., Assistant Attorney General, Richmond, Virginia, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Parker v. Angelone, No. CA-94-968 (E.D. Va. Aug. 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED